## FRANK GOODSIDE v. THE STATE.

Where an appeal was sent from Medina (which was assigned to the session of the Supreme Court at Austin) to the session at Galveston, it was, on the motion of the attorney general, dismissed.

APPEAL from Medina. The case was tried before Hon. GEORGE H. NOONAN, one of the district judges.

Goodside, having been convicted of illegally branding a horse, appealed to the Supreme court.

No brief for the appellant has been furnished to the *Reporter.*

*E. B. Turner, Attorney General,* moved to dismiss the appeal, because it did not belong to the Galveston session.

LINDSAY, J.—This case must be dismissed. For the purpose of appeals, the county of Medina is assigned by law to the Austin branch of the Supreme Court. Appeals from each county must be taken to that branch of the Supreme Court to which it is assigned by statute, unless the parties, or their attorneys, file an agreement with the clerk of the district court from which the appeal is prayed, directing the record or transcript, with a certified copy of such agreement, to be transmitted to the Supreme Court where it may be then holding its session. The case is therefore
DISMISSED.